UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
DYLAN BASHAW, et al.,                                               :
                                                                    :
                              Plaintiffs,                           :
                                                                    :        25-CV-06360 (JAV)
           -v-                                                      :
                                                                    :        ORDER
MSI COMPUTER CORP.,                                                 :
                                                                    :
                              Defendant.                            :
                                                                    :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held yesterday, Defendant's

Motion to Stay Discovery, ECF No. 19, is **DENIED** without prejudice, subject to renewal

following the filing of a Motion to Dismiss.  The Clerk of the Court is respectfully directed to

terminate ECF No. 19.

      SO ORDERED.

Dated: December 3, 2025
      New York, New York                     _____
                                             JEANNETTE A. VARGAS
                                             United States District Judge